# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
                    Appellant,

vs.

THE STATE OF NEVADA; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; JAMES DZURENDA, DIRECTOR; AND BRIAN WILLIAMS, SR., WARDEN,
                    Respondents.

No. 82799

FILED

APR 3 0 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for fraud upon the court and request for reversal of order to set aside default. Eighth Judicial District Court, Clark County; Bita Yeager, Judge.

No statute or court rule authorizes an appeal from a district court order denying a motion for fraud upon the court and request for reversal of order to set aside default. *See Brown v. MHC Stagecoach, LLC,* 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). And although the district court treated the motion as requesting reconsideration, no statute or court rule allows an appeal from the order denying a motion for reconsideration. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Bita Yeager, District Judge
Bryan Phillip Bonham
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk